No. 81–6904. ANONYMOUS *v.* O'BRIEN ET AL., *ante,* p. 968;

No. 82–88. IN RE RICE, *ante,* p. 903;

No. 82–123. TIMMONS *v.* ANDREWS ET AL., *ante,* p. 862;

No. 82–345. COOPER, CITY ATTORNEY OF SANTA ANA, CALIFORNIA *v.* MITCHELL BROTHERS' SANTA ANA THEATER ET AL., *ante,* p. 944;

No. 82–5344. MALLOY *v.* SULLIVAN, *ante,* p. 974;

No. 82–5425. KOMOROWSKI *v.* COLUMBIA GAS OF OHIO, INC., *ante,* p. 993; and

No. 82–5545. LONG *v.* UNITED STATES, *ante,* p. 994. Petitions for rehearing denied.

No. 82–431. LABAR ET AL. *v.* UNITED STATES, *ante,* p. 945. Petition of LaBar for rehearing denied. Petition of Romanowski for rehearing denied.

DECEMBER 17, 1982

No. 82–776. PENNSYLVANIA STATE UNIVERSITY ET AL. *v.* AMERICAN FUTURE SYSTEMS, INC., ET AL. C. A. 3d Cir. Certiorari dismissed under this Court's Rule 53. 

DECEMBER 20, 1982

No. 82–836. HOFF *v.* WASHINGTON. Ct. App. Wash. Certiorari dismissed under this Court's Rule 53. 

DECEMBER 23, 1982

No. 82–1022. ALABAMA FURNITURE CO. *v.* STILL, TRUSTEE, ET AL. C. A. 6th Cir. Motion of petitioner to ex-